**Byron C. BROWN, Plaintiff— Appellant,**

v.

**Norman Y. MANETA, Secretary of Transportation, Defendant— Appellee.**

**No. 05–1057.**

United States Court of Appeals, Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 19, 2005.

Byron C. Brown, Appellant Pro Se. Paul Bradford Taylor, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron C. Brown appeals from the district court's order dismissing his complaint

in which he alleged discrimination in his employment. Upon review of the record and the district court's order, we affirm the dismissal of Brown's action as untimely filed. *See* 42 U.S.C. §§ 2000e–5(f)(1), – 16(c) (2000); *Harvey v. City of New Bern Police Dep't,* 813 F.2d 652, 654 (4th Cir. 1987) (upholding dismissal of complaint filed one day late); *see also Irwin v. Dep't of Veterans Affairs,* 498 U.S. 89, 96, 111 S.Ct. 453, 112 L.Ed.2d 435 (1990) (discussing limitations on equitable tolling). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*